IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-00677-KAS

**ENCOMPASS INDEMNITY COMPANY,**

    Plaintiff and Counter Defendant,

v.

**NANCY WALTERS**

    Defendant and Counter Claimant,

and

**SARA STIEBEN,** as Special Administrator to the Estate of Melissa Riehl,

    Defendant.

---

### STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

THE PARTIES, by and through counsel, hereby stipulate and agree that all claims asserted or that could have been asserted by Plaintiff Encompass Indemnity Company against Defendant Nancy Walters and Defendant Sara Stieben as Special Administrator to the Estate of Melissa Riehl and vice versa have been resolved and this matter should be dismissed with prejudice. Each party shall pay its own costs, expenses, and attorney fees. The parties further request that an Order for Dismissal with Prejudice be entered by the Court.

Respectfully submitted this 28th day of January 2025.

                                        By: *s/ Andrew W. Callahan*
                                        Andrew W. Callahan
                                        Wick & Trautwein, LLC
                                        323 South College Avenue, Suite 3
                                        Fort Collins, CO 80524

        (970) 482-4011
acallahan@wicklaw.com
*Attorneys for Defendant Nancy Walters*

By:  *s/ Justin H. Zouski*
Justin H. Zouski
Tucker Holmes, P.C.
9200 E. Mineral Avenue, Suite 330
Centennial, CO 80112-3415
jhz@tucker-holmes.com
*Attorneys for Plaintiff*

By:  *s/ Jeffrey Clay Ruebel*
Jeffrey Clay Ruebel
Ruebel & Quillen, LLC
8461 Turnpike Drive, Suite 206
Westminster, CO  80031
jeffrey@rq-law.com
*Attorneys for Estate of Melissa Riehl*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of January, 2025, a true and correct copy of the foregoing Stipulated Motion to Dismiss with Prejudice was file with the court and served on the following:

By: *s/ Justin H. Zouski*
Justin H. Zouski
Tucker Holmes, P.C.
9200 E. Mineral Avenue, Suite 330
Centennial, CO 80112-3415
jhz@tucker-holmes.com
*Attorneys for Plaintiff*

By: *s/ Jeffrey Clay Ruebel*
Jeffrey Clay Ruebel
Ruebel & Quillen, LLC
8461 Turnpike Drive, Suite 206
Westminster, CO  80031
jeffrey@rq-law.com
*Attorneys for Estate of Melissa Riehl*

*/s/ Nicole Pagliari*
Nicole Pagliari, paralegal